AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>DNA SAMPLES FROM THE MOUTH OF AARON<br>MIRANDA-QUIROZ, TAKEN VIA A BUCCAL SWAB | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  8:26MJ220 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ District of _____Nebraska_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Adam Kruse, ATF TFO
*Printed name and title*

Date: ___5/27/2026_____

_____
*Judge's signature*

City and state:  Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF THE SEARCH OF
DNA SAMPLES FROM THE MOUTH OF
AARON MIRANDA-QUIROZ, TAKEN VIA
A BUCCAL SWAB

Case No. 8:26MJ220

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, Adam KRUSE, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     This affidavit is in support of a search warrant requesting samples of Deoxyribonucleic Acid (DNA). As a matter of background, DNA is known as a self-replicating material present in nearly all living organisms as the constituent of chromosomes and is the carrier of genetic information. The individual for whom the DNA is being sought is Aaron MIRANDA-QUIROZ (hereinafter, "MIRANDA-QUIROZ"), date of birth (5-5-1985) as described in Attachment A.

2.     I, Adam KRUSE, being duly sworn, state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been for approximately 10 years.  I am currently a certified Omaha Police Officer for the Omaha (NE) Police Department and have been for 17 years and 5 days.  I am a Detective in the Narcotics Unit Firearms Squad. The information contained in this affidavit is the result of investigation conducted by myself and other law enforcement agencies known to me to be trustworthy and reliable.

3.     The facts in this affidavit come from my personal observations, my training and experience as an ATF Task Force Officer and upon the investigation and review of pertinent reports and evidence collected to date. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.    In support of the search warrant, your Affiant has set forth the facts necessary to establish probable cause to believe that DNA of MIRANDA-QUIROZ, as described in Attachment A, will be evidence of MIRANDA-QUIROZ committing violations of federal law, including being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

## TAKING OF DNA

5.    In order to execute the warrant, buccal (cheek) cell samples will be taken with cotton-tipped swabs that are placed in the mouth of MIRANDA-QUIROZ and used to swab the cheek. The swabs will then be delivered to a laboratory for DNA analysis. The collection, if authorized, is to be performed according to established practices and procedures employed by the ATF for DNA collection. Based on my training and experience, I am aware of how to swab a cheek for DNA, and I have done so as a Task Force Officer/Omaha Police Officer.

6.    Providing a laboratory with known DNA samples of MIRANDA-QUIROZ permits the laboratory to verify the chain of custody of the samples used to generate MIRANDA-QUIROZ's DNA profile. The laboratory conducting the analysis will use these samples to generate a DNA profile of MIRANDA-QUIROZ, which it will then compare to the DNA recovered from the other evidence in this matter.

## PROBABLE CAUSE

7.    On December 20, 2025 at 0212 hours, Omaha Police Officer HARNEY #2352 initiated a traffic stop on a blue 2007 Dodge Ram with Nebraska license plates AZN616 at 30th and Sorenson Parkway in Omaha, Nebraska for expired registration.  Prior to the vehicle pulling

over at 32nd and Saratoga Street, the Officer observed the driver/sole occupant throw an item out of the driver's side window.

8.      Officer HARNEY made contact with the driver/registered owner, MIRANDA-QUIROZ.  Officer HARNEY located the item that had been thrown from the vehicle which was determined to be cocaine.  During a search of the vehicle, Officer HARNEY located a Red Bull can which was a container that the top screwed off.  Inside of the Red Bull can, eight (8) individually wrapped baggies of cocaine was located.  Officer HARNEY located 7.5 grams of marijuana in the vehicle.  Officer HARNEY located a Smith and Wesson Model M&P Shield M2.0 9mm handgun with serial number NJM3795 which contained a magazine containing eight (8) live 9mm rounds in the compartment below the center console.  MIRANDA-QUIROZ was booked into Douglas County Corrections for Felon in Possession of a Firearm, PWID-Cocaine, PWID-Cocaine with a Firearm, CCW-Non Disclose, Possession of Marijuana Less Than One Ounce, and No Valid Registration.

9.      A check of MIRANDA-QUIROZ's criminal history showed that he has the following Felony Convictions: (1) Possession of Burglar's Tools (Douglas County, Nebraska) which was convicted on June 3, 2024 and sentenced to 1 year of imprisonment and (2) Conspiracy to Distribute a Controlled Substance which he was convicted on September 9, 2015 and sentenced to 120 months in the Bureau of Prisons (8:06CR207).

10.      Federal law defines a "firearm" as, (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm. 18 U.S.C. § 921(a)(3). The Smith and Wesson EZ M2.0 9mm handgun with serial number NJM3795 appears to meet this

definition as a functional firearm and is not an antique. The handgun also was not manufactured in Nebraska and therefore travelled in and affected interstate commerce.

11.	There is probable cause to believe that the DNA samples to be seized, as described in Attachment B, which will be taken from the person of MIRANDA-QUIROZ, as described in Attachment A, will be evidence of violations of federal law, including being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Adam Kruse
Task Force Officer
ATF

Subscribed and sworn to before me by telephone or other reliable electronic means this 27th day of May, 2026.

MICHAEL D. NELSON
United States Magistrate Judge

## ATTACHMENT A
### Person to Be Searched

Aaron MIRANDA-QUIROZ date of birth (5-5-1985) a Hispanic Male. It is expected that during the execution of this search warrant, MIRANDA-QUIROZ, will be located in the state of Nebraska, presumably at the Douglas County Correctional Center.  A photograph of MIRANDA-QUIROZ is shown below:



## ATTACHMENT B
### Particular Things to be Seized

DNA samples from the mouth of MIRANDA-QUIROZ (as described in Attachment A),

taken via a buccal swab. The DNA samples are for comparison purposes.

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    8:26MJ220 |
| | ) | |
| DNA SAMPLES FROM THE MOUTH OF AARON | ) | |
| MIRANDA-QUIROZ, TAKEN VIA A BUCCAL SWAB | ) | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 9, 2026 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Michael D. Nelson _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    5/27/2026 1:03 pm
_____    _____
*Judge's signature*

City and state:    Omaha, Nebraska    MICHAEL D. NELSON, U.S. Magistrate Judge
_____    *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>  8:26MJ220 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**
**Person to Be Searched**

Aaron MIRANDA-QUIROZ date of birth (5-5-1985) a Hispanic Male. It is expected that during the execution of this search warrant, MIRANDA-QUIROZ, will be located in the state of Nebraska, presumably at the Douglas County Correctional Center.  A photograph of MIRANDA-QUIROZ is shown below:



## ATTACHMENT B
**Particular Things to be Seized**

DNA samples from the mouth of MIRANDA-QUIROZ (as described in Attachment A), taken via a buccal swab. The DNA samples are for comparison purposes.